UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAH BYRNE and JOSEPH AREBALO )<br>    Plaintiffs ) <br> ) <br>v. ) <br> ) <br>CENTER MOTORS, INC. and ) <br>GREENWOOD CREDIT UNION ) <br>    Defendants ) <br>_____) | CIVIL ACTION NO.<br>3:14-CV-1117-VLB<br><br><br><br><br><br><br>NOVEMBER 25, 2014 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Sarah Byrne and Joseph Arebalo, through their attorney, and the defendants, Center Motors, Inc., and Greenwood Credit Union, through their attorneys, hereby stipulate that the plaintiffs' claims shall be dismissed with prejudice and without costs or attorney's fees.

          PLAINTIFFS, SARAH BYRNE and JOSEPH AREBALO

          By: /s/ Daniel S. Blinn_____
              Daniel S. Blinn (ct02188)
              dblinn@consumerlawgroup.com
              Consumer Law Group, LLC
              35 Cold Spring Rd. Suite 512
              Rocky Hill, CT  06067
              Tel. (860) 571-0408
              Fax (860) 571-7457

**DEFENDANT, CENTER MOTORS, INC.**

By: */s/ Richard S. Conti*
    Richard S. Conti (ct00015)
    Diana, Conti & Tunila, LLP
    1091 Main Street
    Manchester, CT 06040
    Tel:  (860) 643-2181
    Fax: (860) 647-7950
    rconti@dctlaw.com

**DEFENDANT, GREENWOOD CREDIT UNION**

By: */s/ Jeffrey Hardiman*
    Jeffrey Hardiman (24355)
    Shechtman Halperin Savage, LLP
    1080 Main Street
    Pawtucket, RI 02860
    Tel:  (401) 272-1400
    Fax: (401) 272-1403
    jhardiman@shslawfirm.com

## CERTIFICATION

    I hereby certify that on this 25th day of November 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    */s/ Daniel S. Blinn*
    Daniel S. Blinn